# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DEXTER WAYNE GIVENS and
DOLLY GIVENS, as personal
representatives of the ESTATE
of DARREN GIVENS, deceased,

      Plaintiffs,

vs.                              CASE NO. 3:10-cv-200-J-34TEM

AMERICAN SUZUKI MOTOR
CORPORATION, etc., et al.,

      Defendants.
_____

## O R D E R

This matter is before the Court on Defendants' Notice of Filing Agreed Protective Order Preserving Evidence (Doc. #19), which the Court construes as a motion. The Court finds good cause exists for the entry of the Proposed Agreed Protective Order submitted with the Motion (Doc. #19-1).

At times, entry of a protective order is appropriate to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material arguably worthy of protection. *See McCarthy v. Barnett Bank of Polk County,* 876 F.2d 89, 91 (11th Cir. 1989); *In re Alexander Grant & Co. Litigation*, 820 F.2d 352, 356 (11th Cir. 1987).

Accordingly, it is hereby **ORDERED:**

1.      Defendants' Notice of Filing Agreed Protective Order Preserving Evidence (Doc. #19), which the Court construes as a motion, is **GRANTED**.

2.      The proposed protective order, identified as "Agreed Protective Order Preserving Evidence" (Doc. #19-1), is incorporated herein.

**DONE AND ORDERED** at Jacksonville, Florida this  17th  day of May, 2010.

Copies to all counsel of record

_Thomas E. Morris_
**THOMAS E. MORRIS**
United States Magistrate Judge